IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS D. LOPEZ,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL CHERTOFF,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. CV-F-04-5959 LJO<br><br>**ORDER ON PLAINTIFF'S MOTIONS FOR EXTENSION AND NON-ATTORNEY REPRESENTATIVE**<br>(Doc. 23, 24.) |

On July 7, 2004, pro se plaintiff Carlos D. Lopez ("plaintiff") filed motions for a extension to respond to defendant's discovery, "to retain assistance of a non-attorney representative," and to submit the non-attorney's "cost for time expended on assisting plaintiff in responding to Defendant's requests and be involved in all remaining aspects of this case." Plaintiff fails to provide basic information, including the pending deadline to respond to defendant's discovery and a proposed extended deadline. Plaintiff fails to meaningfully explain why he cannot meet the pending deadline. Plaintiff fails to explain why he seeks a non-attorney representative and what the non-attorney representative proposes to do. If plaintiff requests this Court to award fees or payment to a non-attorney representative to assist plaintiff, this Court is unable to issue such an award. Plaintiff is free to seek assistance at his expense as he deems fit.

On the basis of good cause, this Court:

　　1.　　DENIES without prejudice plaintiff's motion for an extension to respond to defendant's

1       discovery; and

2     2.     DENIES plaintiff's motion to request a non-attorney representative to the extent it seeks

3       this Court to award fees or payment to a non-attorney representative to assist plaintiff.

4   IT IS SO ORDERED.

5 **Dated:   July 11, 2005**        **/s/ Lawrence J. O'Neill**
66h44d       UNITED STATES MAGISTRATE JUDGE