1  McGREGOR W. SCOTT
   United States Attorney
2  BOBBIE J. MONTOYA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814-2322
4  Telephone: (916) 554-2775

5  Attorneys for Defendant

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12 CARLOS LOPEZ,                       )   CIV F-04-5959 LJO
                                       )
13              Plaintiff,             )   ORDER OF DISMISSAL PURSUANT TO
                                       )   STIPULATION BETWEEN THE PARTIES
14        v.                           )
                                       )
15 MICHAEL CHERTOFF, Secretary,        )
   Department of Homeland              )
16 Security,                           )
                                       )
17              Defendant.             )
   _____)
18

19        Pursuant to the Stipulation for Compromise Settlement, Releases and Dismissal filed herein

20 on November 22, 2005, this action is hereby DISMISSED WITH PREJUDICE . The Clerk of the

21 Court shall enter the dismissal and release in the official docket.

22        IT IS SO ORDERED.

23 **Dated:   November 22, 2005**             /s/ Lawrence J. O'Neill
   66h44d                                    UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

                                             1